Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−11061−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael J. Douglas
    531 Estate Road
    Maple Shade, NJ 08052

Social Security No.:
    xxx−xx−5740

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/22/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 22, 2017
JAN: cmf

                                                            Jeanne Naughton
                                                            Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                            Case No. 17-11061-JNP
Michael J. Douglas                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin               Page 1 of 2           Date Rcvd: Jun 22, 2017
                              Form ID: 148              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db             +Michael J. Douglas,    531 Estate Road,    Maple Shade, NJ 08052-1856
516598771      +Asset Maximization Group. Inc,    26-12 Borrough Pl,    Suite 6B,    Woodside, NY 11377-7835
516598772      +Asset Maximization Group. Inc,    Po Box 190191,    South Richmond Hill, NY 11419-0191
516598773      +Burlington County Special Civil Part,    49 Rancocas Road,    Mount Holly, NJ 08060-1317
516598783      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516598779      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516598787       First Premier Bank,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516598790      +KML Law Group,    216 Haddon Avenue, Suite 406,    Collingswood, NJ 08108-2812
516823175      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516598792      +Midland Mortgage Co,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
516598791      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
516598795      +Quality Asset Recovery,    7 Foster Ave,    Gibbsboro, NJ 08026-1191
516598794      +Quality Asset Recovery,    Po Box 239,    Gibbsboro, NJ 08026-0239
516598798      +Revenue Recovery Corp,    612 Gay St,    Knoxville, TN 37902-1603
516598797      +Revenue Recovery Corp,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
516598799      +Thousnd Trls,    Pob 26,    Gautier, MS 39553-0026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2017 22:19:51       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2017 22:19:47       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516598776      +EDI: CCS.COM Jun 22 2017 22:03:00       Credit Collections Svc,    725 Canton St,
                 Norwood, MA 02062-2679
516598774      +EDI: CCS.COM Jun 22 2017 22:03:00       Credit Collections Svc,    Po Box 773,
                 Needham, MA 02494-0918
516598778      +E-mail/Text: bknotice@erccollections.com Jun 22 2017 22:19:54       ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516598788      +EDI: AMINFOFP.COM Jun 22 2017 22:04:00       First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
516598789      +E-mail/Text: admin@kinum.com Jun 22 2017 22:20:21       Kinum,    2133 Upton Dr,
                 Virginia Beach, VA 23454-1193
516598796      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 22 2017 22:23:16       Regional Acceptance Co,
                 621 W Newport Pike,    Wilmington, DE 19804-3235
516659451       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 22 2017 22:23:16       Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
                                                                                                TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516598777*     +Credit Collections Svc,    725 Canton St,    Norwood, MA 02062-2679
516598775*     +Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
516598784*     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516598785*     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516598786*     +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
516598780*     +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516598781*     +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516598782*     +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516598793*     +Midland Mortgage Co.,    999 NW Grand Blvd.,    Oklahoma City, OK 73118-6051
                                                                                     TOTALS: 0, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin               Page 2 of 2                Date Rcvd: Jun 22, 2017
                              Form ID: 148              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Paul H. Young    on behalf of Debtor Michael J. Douglas ykassoc@gmail.com,
               lesliebrown.paralegal@gmail.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```